UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> MICHAEL V. CASSENS, et al., <br><br>   Defendants. | CASE NO. C05-459JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This matter comes before the court on Plaintiffs' motion to revise the case schedule (Dkt. # 9). Plaintiffs have been unable to personally serve Defendants with a summons and complaint and thus, request additional time in order to effect service by publication. The court GRANTS Plaintiffs' motion (Dkt. # 9) and STRIKES its prior minute order (Dkt. # 6) setting trial and related dates.

The court further directs the parties to submit a combined joint status report and discovery plan as required by Fed. R. Civ. P. 26(f) and Local Rules W.D. Wash. CR 16 by January 27, 2006.

Filed and entered this 25th day of October, 2005.

BRUCE RIFKIN, Clerk

By    s/Mary Duett
      Deputy Clerk

MINUTE ORDER